**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **MIKHAEL CHARLES DORISE,** | ) | |
|     Petitioner, | ) | Civil Action No. 7:12cv00029 |
| | ) | |
| vi. | ) | **FINAL ORDER** |
| | ) | |
| **CHRISTOPHER ZYCH,** | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Dorise's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER**: This 12th day of March, 2012.

                                        */s/ Norman K. Moon*
                                        NORMAN K. MOON
                                        UNITED STATES DISTRICT JUDGE