## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **MIKHAEL CHARLES DORISE,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:12cv00029** |
| | ) | |
| **vi.** | ) | **FINAL ORDER** |
| | ) | |
| **CHRISTOPHER ZYCH,** | ) | **By: Norman K. Moon** |
| **Respondent.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED**

and **ADJUDGED** that Dorise's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241

is **DISMISSED** and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying

Memorandum Opinion to petitioner.

**ENTER**: This 12th day of March, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE